# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Holly Puppe, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Altru Health System, | ) | Case No. 2:15-cv-089 |
| Defendant. | ) | |

On April 7, 2017, the court issued an order directing plaintiff to submit a status report or otherwise show cause why the above-entitled action should not be dismissed for failure to prosecute. Plaintiff filed a response and supplemental response in June 2017. There has since been no apparent activity in this case. Consequently, plaintiff shall submit a report advising the court of the status of this action by July 20, 2018.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2018.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court